No. 95–7855. MORRIS *v.* UNITED STATES, 516 U.S. 1181. Motion for leave to file petition for rehearing denied.

AUGUST 29, 1996

No. 95–1974. SOUTHWESTERN BELL CORP. ET AL. *v.* GREAT WESTERN DIRECTORIES, INC., ET AL.; and

No. 95–1982. GREAT WESTERN DIRECTORIES, INC. *v.* SOUTHWESTERN BELL TELEPHONE CO. ET AL. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 46.1.

SEPTEMBER 4, 1996

No. 95–1919. POWAY UNIFIED SCHOOL DISTRICT ET AL. *v.* LOVELL, A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM, LOVELL, ET AL. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 46.

No. A–140 (O. T. 1996). BENTSEN ET AL. *v.* VERA ET AL.;

No. A–144 (O. T. 1996). LAWSON ET AL. *v.* VERA ET AL.; and

No. A–159 (O. T. 1996). LANEY ET AL. *v.* VERA ET AL. D. C. S. D. Tex. Applications for stay, presented to JUSTICE SCALIA, and by him referred to the Court, denied.

SEPTEMBER 5, 1996

No. D–1695. IN RE DISBARMENT OF SCHNEIDER. Disbarment entered. [For earlier order herein, see *ante*, p. 1015.]